# United States District Court
# District of Massachusetts

JOSEPH BALESTRIERI,
    Plaintiff,

v.                               CIVIL ACTION NO. 07-11367-RBC

MASSACHUSETTS BAY COMMUTER
    RAILROAD COMPANY,
NATIONAL RAILROAD PASSENGER
    CORPORATION
    Defendants.

## JUDGMENT

COLLINGS, U.S.M.J.

    The case came on before the Court on various motions of the defendants. In accordance with the Opinion and Final Order, Etc., entered in this case on May 14, 2009,

    IT IS ORDERED AND ADJUDGED:

    Summary Judgment for the defendant National Railroad Passenger Corporation on the claims contained in Count I and II of the Complaint;

    Summary Judgment for the defendant Massachusetts Bay Commuter Railroad Company with respect to the claim of carpal tunnel syndrome in

Count I and with respect to Count II in its entirety.

In accordance with the jury verdict returned November 4, 2010,

IT IS ORDERED AND ADJUDGED:

Judgment for the defendant Massachusetts Bay Commuter Railroad Company on all other aspects of the claim contained in Count I.

Costs to defendants.

                              SARAH ALLISON THORNTON
                              CLERK OF COURT

                              By: *Kathleen M. Dolan*
                                    Kathleen M. Dolan
                                    Deputy Clerk

Dated at Boston, Massachusetts
this 8th day of November, 2010.